UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY,<br><br>                    Plaintiff,<br><br>        v.<br><br>HOME DEPOT PRODUCT AUTHORITY LLC, et al.,<br><br>                    Defendants. | CASE NO. C21-0323JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court is Plaintiff State Farm Fire and Casualty Company's ("State Farm") "Opposition to Defendant's Response to Order to Show Cause and Request for Attorney's Fees." (Opp. (Dkt. # 19).) Although State Farm did not file the document as a motion (*see* Dkt.), it asks that the court to remand the matter to state court for lack of complete diversity (*see* Opp. at 2, 6-8). Accordingly, the court STRIKES the opposition

MINUTE ORDER - 1

without prejudice to State Farm refiling the document as a motion to remand with an opportunity for the issue to be fully briefed. *See* Local Rules W.D. Wash. LCR 7(b); *id.* LCR 7(d)(3).

Filed and entered this 17th day of June, 2021.

WILLIAM M. MCCOOL
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2